IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

TASHA LETNEY,                          §
                                       §
          *Plaintiff*,                 §
                                       §
                                       §          NO.  9:24-CV-00051-MJT
v.                                     §
                                       §          JUDGE MICHAEL TRUNCALE
TERRY FOUNTAIN,                        §
                                       §
                                       §
          *Defendant*.                 §

ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Now before the Court is Plaintiff Tasha Letney's ("Letney") *Motion for Default Judgment* [Dkt. 87].  On February 11, 2026, the Court referred this motion to the Honorable Zack Hawthorn, United States Magistrate Judge, for consideration and disposition.  [Dkt. 88].  On March 5, 2026, Judge Hawthorn set this motion for a hearing to consider damages.  [Dkt. 89].  On April 6, 2026, Judge Hawthorn issued a *Report and Recommendation* [Dkt. 90], which recommended granting the motion with a damage award of $1,200,000.00.

The Court reviewed Judge Hawthorn's *Report and Recommendation* [Dkt. 90] along with the record, pleadings, and all available evidence.  The Court affirms that Judge Hawthorn's findings of fact and conclusions of law are correct.  The parties have not filed objections to the *Report and Recommendation*, and the time for doing so has passed.  *See* 28 U.S.C. § 636(b)(1)(C).

It is, therefore, ORDERED that the *Report and Recommendation* of the United States Magistrate Judge [Dkt. 90] is ADOPTED.

**SIGNED this 23rd day of April, 2026.**

Michael J. Truncale
United States District Judge